# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                2:12-CR-185-MMD-(PAL)

ALLANJAY ABALOS,

    Defendant.

## FINAL ORDER OF FORFEITURE

On June 13, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(p); Title 18, United States Code, Section 982(a)(2)(B); and Title 18, United States Code, Section 1029(c)(1)(C) based upon the plea of guilty by defendant ALLANJAY ABALOS to criminal offenses, forfeiting specific property alleged in the Criminal Information and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant ALLANJAY ABALOS pled guilty. Criminal Information, ECF No. 4; Plea Memorandum, ECF No. 8; Preliminary Order of Forfeiture, ECF No. 9; Minutes of Change of Plea Proceedings, ECF No. 10.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 31, 2012, though August 29, 2012, further notifying all known third parties

by personal service of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 11; Notice of Personal Service, ECF No. 20.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(p); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Motorola cell phone S/N SJUG5546AF;
2. Blackberry cell phone IMEI# 358453021785810;
3. Any and all funds in Bank of America account 5010-0002-7032 in the amount of $4,453.94;
4. $10,940 in United States Currency (seized from Joseph Ramirez);
5. Glock 21, serial number NHP 408 (with 2 magazines);
6. Dragonov rifle, serial number D029-75 (with scope and 2 magazines);
7. Two swords in case, unknown make/model;
8. Ammo can with .308 rounds;
9. 2005 Black Harley Davidson Sportster, VIN# 1HD1CGP195K453157;
10. Any and all funds in Bank of America Account No. 11020-11128 in the amount of $15,035.38;

. . .

| | | |
|---|---|---|
| 1 | 11. | Any and all funds in Bank of America Account No. 5010-0865-1073 in the |
| 2 | | amount of $2,897.31; |
| 3 | 12. | 2007 Grey Dodge Ram, 1500 Quad Cab, VIN# 1D7HA18267S266252; |
| 4 | 13. | Black 1999 RE/MAX International Convention laptop bag; |
| 5 | 14. | Unitech MSR206u magnetic card reader; |
| 6 | 15. | Magnetic card reader power cord; |
| 7 | 16. | Magnetic card reader USB connection cord; |
| 8 | 17. | Magnetic card reader VGA connection cord; |
| 9 | 18. | Three Players Club cards; |
| 10 | 19. | Package of velcro wire retention straps; |
| 11 | 20. | Toshiba Satellite laptop, model number PSL2XU, serial number |
| 12 | | X5110890W; |
| 13 | 21. | Laptop power cord; |
| 14 | 22. | Several sheets of adhesive label paper; |
| 15 | 23. | Nokia cell phone; |
| 16 | 24. | Camel cigarette pack containing 17 Players Club cards with |
| 17 | | PIN numbers written on back, as follows: |
| 18 | | Players Club card with PIN number 1234 |
| 19 | | Players Club card with PIN number 6280 |
| 20 | | Players Club card with PIN number 4270 |
| 21 | | Players Club card with PIN number 2323 |
| 22 | | Players Club card with PIN number 2222 |
| 23 | | Players Club card with PIN number 3251 |
| 24 | | Players Club card with PIN number 1961 |
| 25 | | Players Club card with PIN number 2210 |
| 26 | | Players Club card with PIN number 9433 |

|   |     | Players Club card with PIN number 1937 |
|---|-----|---|
| | | Players Club card with PIN number 1110 |
| | | Players Club card with PIN number 5181 |
| | | Players Club card with PIN number 0823 |
| | | Players Club card with PIN number 7777 |
| | | Players Club card with PIN number 5117 |
| | | Players Club card with PIN number 1723 |
| | | Players Club card with PIN number 3188; |
| | 25. | Disk located in disk drive of Toshiba laptop, identified as MSR 206U 1. Demo 2. Programmer's Manual 3. USB Driver; |
| | 26. | $4,973 in cash found in Danny Ahn's condominium during execution of the search warrant; and |
| | 27. | An *in personam* criminal forfeiture money judgment of $515,603.14 in United States Currency ("property"). |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 20th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Final Order of Forfeiture on November 20, 2012 by the below identified method of service:

CM/ECF:

Gerald F. Neal
Gerald F. Neal Esq. LLC
633 S. Fourth St. #1
Las Vegas, NV 89101
geraldfneal@aol.com
Attorney for Allanjay Abalos

/s/Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal

5